IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re:                                                    Chapter 13

RODNEY RICHBURG and                                       Case No. 25-01297-eg
PAMELA M. TISDALE-RICHBURG,
    Debtors.


RODNEY RICHBURG and
PAMELA M. TISDALE-RICHBURG,
    Plaintiffs,

v.                                                        Adv. Proc. No. 25-80____

GLYNDON SQUARE, LLC,
    Defendant.
_____

COMPLAINT FOR WILLFUL VIOLATION OF
THE AUTOMATIC STAY (11 U.S.C. § 362)

Plaintiffs Rodney Richburg and Pamela Tisdale-Richburg ("Debtors" or "Plaintiffs"), by and through their attorney, Paul L. Held, respectfully file this Complaint against Defendant Glyndon Square, LLC, and allege as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 362(k).

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (G) and (O).

3. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

PARTIES

4. Plaintiffs Rodney Richburg and Pamela Tisdale-Richburg are Chapter 13 debtors in Case No. 25-01297-eg, who filed their voluntary petition on April 6, 2025.

5. Defendant Glyndon Square, LLC is a Maryland limited liability company with a principal place of business at 600 Washington Ave, Suite 300, Towson, MD 21204.

FACTUAL BACKGROUND

6. On April 6, 2025, Plaintiffs filed a voluntary petition under Chapter 13 of the Bankruptcy Code, immediately invoking the automatic stay under 11 U.S.C. § 362(a).

7.  Defendant received actual and constructive notice of the Chapter 13 filing on April 6, 2025, via the bankruptcy court's mailing matrix.

8.  Plaintiffs' Chapter 13 Plan provides for assumption of the lease with Defendant for commercial premises located at 4821 Butler Rd, Glyndon, MD, which the Debtors operate through their wholly-owned entity, UBI Southeast LLC.

9.  On July 11, 2025, Defendant filed a Landlord's Complaint for Repossession of Rented Property (Baltimore County District Court, Case No. MD-2025-XXXX), seeking to evict Plaintiffs from the leased premises.

10.  Defendant did not file, nor obtain, any order lifting or modifying the automatic stay under 11 U.S.C. § 362(d) prior to initiating or continuing eviction proceedings.

11.  The eviction action constitutes an act to "exercise control over property of the estate" and "any act to collect" a prepetition debt, both prohibited by 11 U.S.C. § 362(a)(3) and (6).

COUNT I
(WILLFUL VIOLATION OF THE AUTOMATIC STAY – 11 U.S.C. § 362(k))

12.  Plaintiffs restate and incorporate paragraphs 1 through 11 as if fully set forth herein.

13.  Defendant's filing and prosecution of eviction proceedings without relief from the stay was knowing, intentional and in conscious disregard of Plaintiffs' bankruptcy filing.

14.  Such conduct constitutes a willful violation of the automatic stay under 11 U.S.C. § 362(k)(1), entitling Plaintiffs to actual damages, costs and reasonable attorneys' fees, and punitive damages.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment:

   a.  Declaring that Defendant Glyndon Square, LLC willfully violated the automatic stay provisions of 11 U.S.C. § 362(a);

   b.  Awarding Plaintiffs actual damages, including costs and reasonable attorneys' fees, pursuant to 11 U.S.C. § 362(k)(1);

   c.  Awarding Plaintiffs punitive damages;

   d.  Enjoining Defendant from further prosecuting the eviction action in state court; and

   e.  Granting such other and further relief as the Court deems just and proper.

Dated: July 18, 2025

        Respectfully submitted,

        /s/ Paul L. Held

        Paul L. Held (SC Bar No. 1809)
        136 N. Main Street, PO Box 521
        Sumter, South Carolina 29151
        Tel: (803) 123-4567
        heldlawoffice@yahoo.com
        rharry@paulheld.com
        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2025, a true and correct copy of the foregoing proposed Complaint was served via first class U.S. Mail and/or electronic means upon all parties entitled to notice, including:

***Note Complaint and Summons will be served on or after July 21, 2025. <u>This does not constitute service as summons has not been issued by the Clerk of Court.</u>***

   Glyndon Square, LLC
    c/o Kimberly Manuelides, Esq.
    McNees Wallace & Nurick LLC
    600 Washington Ave, Suite 300
    Towson, MD 21204

   Baltimore County District Court-Towson MD
   120 E. Chesapeake Avenue
   Towson MD 21286-5307

   Glyndon Square LLC C/O Hilton Management LLC
    3714 Elm Avenue
    Baltimore MD 21211

               /s/ Paul L. Held
               Paul L. Held